BEFORE THE THIRD DIVISION, JANUARY 16, 1939

**No. 40441.**—Protest 944156–G of S. & G. Gump Co., Inc. (San Francisco).

Opinion by CLINE, J.   There was no appearance on the part of the plaintiff when this case was called for trial.   On the record presented the protest was overruled.

**No. 40442.**—Protest 958685–G of William Willheim Co., Inc. (New York).

Opinion by CLINE, J.   The protest was submitted without the introduction of evidence in support of the claims made.   On the record presented it was overruled.

**No. 40443.**—Protest 958323–G of Coffee Products of America, Inc., Ltd. (Los Angeles).

Opinion by EVANS, J.   In accordance with stipulation of counsel and on the authority of *Seeck* v. *United States* (T. D. 47383) the claim for free entry as a crude drug under paragraph 1669 was sustained.

**No. 40444.**—Protest 958324–G of Chili Products Corp., Ltd. (Los Angeles).

Opinion by EVANS, J.   In accordance with stipulation of counsel marjoram leaves similar to those the subject of *Knickerbocker* v. *United States* (T. D. 48959) were held free of duty under paragraph 1722, and thyme leaves similar to those the subject of *Seeck* v. *United States* (T. D. 47383) were held free of duty under paragraph 1669.

**No. 40445.**—Protest 960946–G of Stickney & Poor Spice Co. (Boston).

Opinion by EVANS, J.   It was stipulated that the merchandise consists of savory leaves similar to those involved in Abstract 37436.   The claim for free entry under paragraph 1722 was therefore sustained.

**No. 40446.**—Protest 971836–G of D. & L. Slade Co. (Boston).

Opinion by EVANS, J.   In accordance with stipulation of counsel and on the authority of *Knickerbocker* v. *United States* (T. D. 48959) the claim for free entry under paragraph 1722 was sustained.

**No. 40447.**—Protest 720601–G of Haughton & Co. (Boston).

Opinion by EVANS, J.   On the record presented the protest was sustained as to two bales.